UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CHRISTINE WILLIAMS,

    Plaintiff,

v.

**JUDGMENT**

No. 4:16-CV-13-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's consent motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2017, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings.

**This Judgment Filed and Entered on March 6, 2017, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)

March 6, 2017                  JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk